UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHISULA CHAMBERS

                    Plaintiff,

        v.

UNIVERSITY OF WASHINGTON,

                    Defendant.

CASE NO.

**NOTICE OF REMOVAL BY DEFENDANT UNIVERSITY OF WASHINGTON**

Removed from King County Superior Court Case No. 25-2-24326-5 SEA

TO:         Clerk, United States District Court for the Western District of Washington;

AND TO:     Chisula Chambers, Plaintiff Pro Se

        Defendant University of Washington removes this case, originally filed in the Superior Court of the State of Washington for King County under case number 25-2-24326-5 SEA (the "Present Action"), to the United States District Court for the Western District of Washington.

        Nothing in this Notice of Removal shall be interpreted as a waiver or relinquishment of Defendant's right to assert any defense. Defendant reserves the right to assert all applicable claims and defenses in response to the Complaint.

## I.   THE COURT HAS FEDERAL QUESTION JURISDICTION

        1.      Plaintiff Chisula Chambers first filed this lawsuit in King County Superior Court on August 22, 2025.

NOTICE OF REMOVAL BY DEFENDANT UNIVERSITY
OF WASHINGTON - 1
CASE NO.

Summit Law Group, PLLC
315 Fifth Avenue South, Suite 1000
Seattle, Washington 98104-2682
Telephone 206.676.7000
Fax 206.676.7001

2.      Plaintiff asserts eight causes of action against Defendant, three of which are federal claims based on Title VII of the Civil Rights Act of 1964 and the Americans with Disabilities Act.

3.      The Present Action thus is a civil action involving claims for relief arising under the laws of the United States and is removable under 28 U.S.C. §§ 1331, 1367, 1441(a), and 1446.

4.      Plaintiff's remaining claims for violation of the Washington Law Against Discrimination are within this Court's supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a), because they are so related to the claims that are within this Court's original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution.

5.      The Court does not have original jurisdiction over Plaintiff's claim for violation of the federal Uniformed Services Employment and Reemployment Rights Act of 1994 (USERRA) because Plaintiff asserts the claim against a state. *Townsend v. Univ. of Alaska*, 543 F.3d 478, 485 (9th Cir. 2008) (no subject matter jurisdiction where plaintiff's only claim was violation of USERRA asserted against a state); *Kinnune v. Washington*, 2:23-CV-00026-MKD, 2025 WL 573714, at *2 (E.D. Wash. Feb. 21, 2025) (no original jurisdiction over plaintiff's USERRA claim and no other basis for federal court jurisdiction). However, it is unclear if the Court can exercise supplemental jurisdiction over a USERRA claim asserted against a state because Congress has stated that "the action may be brought in a State court of competent jurisdiction in accordance with the laws of the State." 38 U.S.C. § 4323. *But see* § 8:5. Jurisdiction and venue, The USERRA Manual § 8:5 ("it may be possible for a federal court to exercise supplemental jurisdiction over a privately brought USERRA claim against a state if coupled with a related claim over which the court has original jurisdiction"). A claim for violation of USERRA is not defined as an unremovable action. 28 U.S.C. § 1445. If the Court determines it does not have supplemental subject matter jurisdiction over Plaintiff's USERRA claim, then severance and remand of the USERRA claim is appropriate pursuant to 28 U.S.C. § 1441(c)(2).

NOTICE OF REMOVAL BY DEFENDANT UNIVERSITY
OF WASHINGTON - 2
CASE NO.

## II.   REMOVAL IS TIMELY

6.      Plaintiff filed the Present Action in the Superior Court of the State of Washington for King County on August 22, 2025, under case number Case No. 25-2-24326-5 SEA.

7.      Defendant University of Washington was served on September 5, 2025.

8.      The notice of removal is timely under 28 U.S.C. § 1446(b)(1) as Defendant has 30 days after receipt by or service of the initial pleading to file the notice of removal.

## III.   DEFENDANT HAS SATISFIED ALL PROCEDURAL REQUIREMENTS

9.      The United States District Court for the Western District of Washington is the federal judicial district embracing King County Superior Court, where Plaintiff filed the Present Action. 28 U.S.C. § 128(b). Seattle is the proper division for the matter.

10.     In compliance with Local Civil Rule 101(b), a copy of the Complaint is attached to this Notice of Removal. Plaintiff did not separately file a Jury Demand.

11.     In compliance with Local Civil Rule 101(c) and 28 U.S.C. § 1446(a), Defendant will separately file a Verification of State Court Records and Proceedings, enclosing copies of all documents filed in the Present Action in King County Superior Court, including all process, pleadings, and orders served on Defendant in this Present Action.

12.     Promptly after filing this Notice of Removal, Defendant will give written notice to Plaintiff, who is *pro se*, and will file a copy of this Notice with the Clerk of the King County Superior Court, as required by 28 U.S.C. § 1446(d).

13.     The removal of this Present Action terminates all potential proceedings in King County Superior Court. *See* 28 U.S.C. § 1446(d).

Defendant respectfully gives notice that the above-entitled action is removed from the King County Superior Court to the United States District Court for the Western District of Washington at Seattle.

NOTICE OF REMOVAL BY DEFENDANT UNIVERSITY
OF WASHINGTON - 3
CASE NO.

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone 206.676.7000
Fax 206.676.7001

DATED this 25th day of September, 2025.

Respectfully submitted,

SUMMIT LAW GROUP, PLLC
Attorneys for University of Washington


By *s/Hathaway Burden*
   Hathaway Burden, WSBA #52970
   *hathawayb@summitlaw.com*


By *s/Seth J. Berntsen*
   Seth J. Berntsen, WSBA #30379
   *sethb@summitlaw.com*

NOTICE OF REMOVAL BY DEFENDANT UNIVERSITY
OF WASHINGTON - 4
CASE NO.

**CERTIFICATE OF SERVICE**

I hereby further certify that on this day I caused a true and correct copy of the foregoing to be served, as indicated, upon the following CM/ECF participants:

Chisula Chambers
PO Box 112163
Tacoma, WA 98411
ChisulaChambers@hotmail.com

DATED this 25th day of September, 2025.

s/Dominique Barrientes
Dominique Barrientes, Legal Assistant
dominiqueb@summitlaw.com

NOTICE OF REMOVAL BY DEFENDANT UNIVERSITY
OF WASHINGTON - 5
CASE NO.

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone 206.676.7000
Fax 206.676.7001