UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHISULA CHAMBERS,

Plaintiff,

v.

UNIVERSITY OF WASHINGTON et al.,

Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER 2:25-cv-01862-JNW

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT Plaintiff's motion for leave to file a Second Amended Complaint is DENIED and Plaintiff's remaining claims are DISMISSED WITH PREJUDICE.

Dated September 8, 2026.

Joshua C. Lewis
Clerk of Court

/s/
Deputy Clerk